## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Bradley E. Stark,                                                               Civil No. 05-1031 (DWF/JSM)

              Plaintiff,

v.                                                                                            **ORDER**

Right Management Consultants,

              Defendant.

_____

Bradley E. Stark, *Pro Se*, Plaintiff.

Daniel N. Lovejoy, Esq., Faegre & Benson LLP, counsel for Defendant.

_____

This matter is before the Court upon Plaintiff's objections to Magistrate Judge Janie S. Mayeron's Report and Recommendation dated December 5, 2005, recommending that Defendant's motion to dismiss or, in the alternative, for summary judgment be granted and that Plaintiff's complaint be dismissed with prejudice.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Plaintiff's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1.  Plaintiff Bradley E. Stark's objections (Doc. No. 17) to Magistrate Judge Janie S. Mayeron's Report and Recommendation dated December 5, 2005, are **DENIED**.

2.  Magistrate Judge Janie S. Mayeron's Report and Recommendation dated December 5, 2005 (Doc. No. 14), is **ADOPTED**.

3.  Defendant Right Management Consultants' motion to dismiss or, in the alternative, for summary judgment (Doc. No. 3) is **GRANTED**.

4.  Plaintiff Bradley E. Stark's complaint is **DISMISSED WITH PREJUDICE**.


Dated:  January 18, 2006         s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 Judge of United States District Court